

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00332-CR

| | | |
|---|---|---|
| JOSE GUZMAN, Appellant | § | On Appeal from the 213th District Court |
| | § | |
| | § | of Tarrant County (1546912R) |
| V. | | |
| | § | May 23, 2019 |
| | § | Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Dabney Bassel_____
 Justice Dabney Bassel